# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUCIA ELENA ANDRADE GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>    Defendants. | Case No. 2:12-cv-01247-LDG (PAL)<br><br>**ORDER** |

Defendants Sheriff Douglas C. Gillespie, J. Larsen, J. Nelson, and Z. Beal previously filed a motion to dismiss (#4), seeking dismissal of Gillespie, and dismissal of the individual defendants in their official capacity. The parties subsequently entered into a stipulation mooting the motion. Accordingly, as an administrative matter necessary to maintaining the Court's docket,

THE COURT **ORDERS** that Defendants' Motion to Dismiss (#4) is DENIED as moot.

DATED this _27_ day of March, 2013.

_____
Lloyd D. George
United States District Judge